# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA | 2:10-CR-00217-PMP-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| DRAGOMIR TASKOV, a/k/a Drago | |
| Defendant. | |

On July 1, 2010, the Court conducted a hearing to consider arguments on Defendant Dragomir Taskov's Motion to Appeal Magistrate's Order of Detention (Doc. #31). At the close of hearing the Court Ordered (Doc. #45), Plaintiff United States to file a supplement to its Opposition (Doc. #38). On July 2, 2010, the Government filed its Supplemental Memorandum (Doc. #47). Having read and considered the foregoing, the Court finds that Magistrate Judge Johnston's previous Order of detention is supported by the record. Specifically, the Court finds that by a preponderance of the evidence Defendant Taskov purposes a clear risk of flight which cannot be satisfied by the imposition of release upon conditions.

**IT IS THEREFORE ORDERED that** Defendant Dragomir Taskov's Motion to Appeal Magistrate's Order of Detention (Doc. #31) is **DENIED**, and the Order of Detention Pending Trial (Doc. #20) is hereby affirmed.

DATED: July 9, 2010.

_____
PHILIP M. PRO
United States District Judge