**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DRAGOMIR TASKOV, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:10-cr-00217-PMP-PAL <br><br> **ORDER** |

Before the court is the Motion for Budget Hearing (Dkt. #83). Counsel for Taskov requests a budget hearing to address retaining and paying for Bulgarian interpreters. The court set a sealed budget hearing on August 20, 2010, to address CJA counsel's budgetary needs in this case. Unfortunately, Mr. Sanft was delayed in another court, Mr. Jackson was out of town, and Mr. Leventhal advised the court that he believed his client was obtaining substitute counsel. As it was obvious a budget hearing would not be productive, the court adjourned the hearing.

**IT IS ORDERED** Defendant Taskov's Motion for a Budget Hearing (Dkt. #83) is **GRANTED**. An ex parte budget hearing is set for Friday, October 8, 2010 at 8:45 a.m.

Dated this 4th day of October, 2010.

_____
Peggy A. Leen
United States Magistrate Judge