UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | 2:10-CR-00217-PMP-PAL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DRAGOMIR TASKOV, et al., | ) | |
| Defendants. | ) | |

The Court has received the attached letter from Defendant Dragomir Taskov. **IT IS ORDERED** that copies of this letter shall be distributed for counsel for any appropriate motions for relief.

DATED: February 3, 2011.

_____
PHILIP M. PRO
United States District Judge

01-15-2011
PAHRUMP, NV.

Judge Philip Pro
LLOYD GEORGE COURT HOUSE
LAS VEGAS NV

Dear Judge Pro:
RE DRAGOMIR TASKOV
CASE # 2:10-CR-00217-PMP-PAL
Joint stipulation to vacate trial date

RECEIVED
CHAMBERS OF
JAN 24 2011
PHILIP M. PRO
U.S. DISTRICT JUDGE

ON JAN 10, 2011, my lawyer, Terrence M Jackson, sent me a letter, enclosed, about stipulation to vacate trial date.

Number 3 of page one is absolutely false as I never at any time gave T. Jackson permission to waive time either verbally or written.

I wish a speedy trial to prove my innocence at this time. Again, I have never waived my right to a Speedy Trial by writing or verbally to anyone.

Signed 1-15-2011
Pahrump Prison

DRAGOMIR TASKOV

1-15-2011
Pahrump Nv

RECEIVED CHAMBERS OF
JAN 24 2011
PHILIP M P
U.S DIST

Terrence M. Jackson, Esq

Re: Your letter of Jan. 7, 2011 continuance of Trial date.
Dragomir Taskov
CASE # 2:10-CR-00217-PMP, PAL
Joint Stipulation to vacate Trial date

Dear Mr. Jackson;

See page 1 line 23 Item #3 counsel has spoken to Dragomir Taskov etc.
You have never talked to me about a continuance and I have never signed a waiver to that effect. I personally have never waived my right to a Speedy Trial.
Please accept this letter as a motion to rescind this false information. Would like an immediate hearing to correct this false Assumption that I, Dragomir Taskov, ever waived my right to a Speedy Trial.

Signed 1-15-2011
Pahrump Prison

Dragomir Taskov

original to Terrence M. Jackson
mailed 1-17-2011

DRAGOMIR TASKOV
2190 E MESQUITE
PAHRUMP NV

JUDGE Philip Pro
LLOYD GEORGE COURT HOUSE
300 Las Vegas Blvd.
So Room 4448
Las Vegas NV