UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DRAGOMIR TASKOV,<br><br>Defendant. | 2:10-CR-00217-PMP-PAL<br><br>**ORDER** |

The Court having read and considered Defendant Taskov's Motion to Reconsider Detention (Doc. #111) and the Government's Response thereto (Doc. #116 ), and finding no good cause presented to warrant reconsideration of Defendant Taskov's detention status,

**IT IS ORDERED that** Defendant Taskov's Motion to Reconsider Detention (Doc. #111) is **DENIED**.

DATED: May 23, 2011.

_____
PHILIP M. PRO
United States District Judge