UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DRAGOMIR TASKOV,<br><br>Defendant. | 2:10-CR-00217-PMP-PAL<br><br>**ORDER** |

Before the Court for consideration is Plaintiff Dragomir Taskov's fully briefed Motion to Suppress (Doc. #100) filed February 10, 2011. On June 15, 2011, the Honorable Peggy A. Leen, United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #136) recommending that Plaintiff Taskov's Motion to Suppress (Doc. #100) be denied.

The Court has conducted a <u>de</u> <u>novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Report of Findings and Recommendation (Doc.#136) are Affirmed and Plaintiff Dragomi Taskov's Motion to Suppress (Doc. #100) is **DENIED**.

July 15, 2011

_____
PHILIP M. PRO
United States District Judge