UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> vs.<br><br>DRAGOMIR TASKOV,<br><br>  Defendant. | 2:10-CR-00217-PMP-PAL<br><br>**ORDER** |

      Before the Court for consideration is Defendant Dragomir Taskov's Motion to Dismiss (Doc. #174). Having read and considered Defendant's Motion and the Government's Response thereto (Doc. #181) the Court finds this Motion is appropriate for resolution without an evidentiary hearing.

      Specifically, the Court finds that the Second Superseding Indictment returned by the Special Grand Jury on September 13, 2011 which added new fraud charges against Defendant Taskov, was the product of a proper use of the Government's prosecutorial discretion. The facts of this case simply do not support a presumption of vindictiveness on the part of the prosecution and Defendant Taskov cites no evidence to support such a finding. *United States v. Goodwin*, 457 U.S. 368 (1982).

///

///

**IT IS THEREFORE ORDERED** that Defendant Dragomir Taskov's Motion to Dismiss (Doc. #174) is **DENIED.**

DATED: December 15, 2011.

_____
PHILIP M. PRO
United States District Judge