FILED
JUN 25 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-217-PMP-(PAL) |
| DRAGOMIR TASKOV, aka DRAGO, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On March 22, 2012, defendant DRAGOMIR TASKOV, aka DRAGO, was found guilty by a jury of Counts Thirty, Thirty-One, Thirty-Two and Thirty-Four of a Thirty-Four Count Second Superseding Criminal Indictment charging him in Counts Thirty and Thirty-One with Receipt of Stolen, Unlawfully Converted, or Taken Property in violation of Title 18, United States Code, Section 2315; in Count Thirty-Two with Interstate Transportation of Converted or Fraudulently Taken Property in violation of Title 18, United States Code, Section 2314; and in Count Thirty-Four with Mail Fraud in violation of Title 18, United States Code, Section 1341. Jury Verdict, ECF No. 239.

This Court finds that DRAGOMIR TASKOV, aka DRAGO, shall pay a criminal forfeiture money judgment of $159,742.37 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DRAGOMIR TASKOV, aka DRAGO, a criminal forfeiture money judgment in the amount of $159,742.37 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 25 day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE