UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Dragomir Taskov<br><br>　　　　　　Defendant. | District No.　2:10-cr-00217-PMP-PAL |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On July 18th, 2012 this court received a transcript order form dated July 11th, 2012 requesting a Transcript of the Jury Trial held on February 28th, 2012 from Mr. Terrence Jackson, Counsel for Mr. Dragomir Taskov, in which **the Voir Dire portion of the trial day is sealed.** In addition, Mr. Terrence Jackson is requesting the July 6th, 2010 Motion Hearing, the November 9th, 2010 Status Conference, and the December 2nd, 2011 Motion Hearing in which **a portion of each hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portions of these recordings shall be unsealed by the Clerk for the limited purpose of providing a transcript of these hearings as requested by Defendant Counsel.

**IT IS FURTHER ORDERED** that the sealed portions of these recordings shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of these transcripts to anyone other than the representatives of the parties directly concerned with this case.

DATED this 20 day of July, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　Philip M. Pro
　　　　　　　　　　　　　　　　　　　　　　　　　United States Judge