

FILED ___  ___ RECEIVED
ENTERED ___  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2? 2014
SEP 1 6 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
               Plaintiff,          )
                      )
vs.          )
DRAGOMIR TASKOV,          )
              Defendant.          )
                      )

2:10-CR-00217-PMP-PAL
**MOTION FOR EXTENTION
OF TIME TO FILE
REPLY BRIEF TO THE
MOTION FOR NEW TRIAL
PRO SE**

## DEFENDANT/MOVANT MOTION FOR EXTENTION OF TIME TO FILE REPLY BRIEF TO THE MOTION FOR A NEW TRIAL

**COMES NOW** Defendant/Movant, DRAGOMIR TASKOV ('TASKOV') and moves this Honorable Court for thirty (30) day extention to file the Reply Brief to the Motion for New Trial.

As grounds for this Motion, Movant states that because of the very limited time provided by the Correctional Facility, and the few workstations available for preparing legal paperwork with an overcrowded population.

Taskov also has limited access to relevant documents in his case to use for research and information, which combined with Taskov financial resources creates the need for more time to prepare a Reply Brief.

Taskov has acted with due diligence in preparing legal pleadings and response to the proceedings in the case.

This Motion is not made for purpose of delay.

WHEREFORE, for all of these reasons, it is respectfully requested a thirty (30) day extention to file a Reply Brief for Motion for New Trial be granted.

Dated this 10th day of September, 2014.

Respectfully submitted,

/s/ *[signature]*

DRAGOMIR TASKOV

Defendant/Movant

Fed. Reg. No.44995-048

Giles W. Dalby C. F.

805 North Avenue F

Post, Texas 79356

DAVID DEWELL GRAVES
Notary Public, State of Texas
My Commission Expires
May 09, 2015

*[signature]* David Guanos

9-10-14

IT IS SO ORDERED.

*[signature]*

UNITED STATES DISTRICT JUDGE
DATED: SEPTEMBER 17, 2014

2

## CERTIFICATE OF SERVICE

I, Dragomir Taskov, do hereby certify on this date, I have served a original and three (3) copies of the following document: **Pro Se Motion for Extention of Time to file Reply Brief** to the Motion for New Trial, by placing the same at the Institutional Mail Box located at Giles W. Dalby C. F. 805 North Avenue F, Post, Texas 79356, addressed to the following:

> To: United States District Court
>
> District of Nevada, Las Vegas
> Clerk of Court
> 333 Las Vegas Blvd. So.
> Las Vegas, NV. 89101

Dated this 10th day of September, 2014.

Respectfully submitted,

/s/ _____

DRAGOMIR TASKO

Defendant/Movant

Fed. Reg. No.44995-048

Giles W. Dalby C. F.

805 North Avenue F

Post, Texas 79356

DAVID DEWELL GRAVES
Notary Public, State of Texas
My Commission Expires
May 09, 2015

David Graves
9-10-14