UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CR-00217-PMP-PAL |
| | ) | |
| DRAGOMIR TASKOV | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the Court's Order (Doc. #349) entered on September 17, 2014, is hereby VACATED.

DATED: September 17, 2014

_____
PHILIP M. PRO
United States District Judge