UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DRAGOMIR TASKOV,<br><br>            Defendant. | 2:10-CR-00217-PMP-PAL<br><br>**ORDER** |

Before the Court for consideration is Defendant Dragomir Taskov's Motion for Discovery (Doc. #356) filed October 17, 2014.  For the reasons set forth in the Government's Response (Doc. #357), the Court finds Defendant Taskov's motion for discovery must be denied.

Specifically, there are no proceedings pending in this Court for which Defendant Taskov is entitled to conduct discovery.  As noted in the Government's response, Defendant Taskov was indicted, tried and convicted by a jury, and sentenced before this Court.  Defendant Taskov's coviction was thereafter affirmed on appeal.  There being no current proceedings pending before this Court which would warrant the conduct of discovery,

**IT IS ORDERED** that Defendant Dagomir Taskov's Motion for Discovery (Doc. #356) is **DENIED**.

DATED: November 12, 2014.

_____
PHILIP M. PRO
United States District Judge