DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-217-RFB |
| DRAGOMIR TASKOV, | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO EXTEND THE TIME TO REPLY TO TASKOV'S OPPOSITION (ECF NO. __) TO THE GOVERNMENT'S NOTICE TO SUBSTITUTE AND TO FORFEIT PROPERTY (ECF NO. 382)**
**(First Request)**

The United States of America respectfully moves this Court for an Order extending the time for the government to reply to Dragomir Taskov's Opposition (ECF No. __) to the Government's Notice to Substitute and to Forfeit Property (ECF No. 382). The deadline for replying to the opposition may be May 5, 2016, since Dragomir Taskov (Taskov) is opposing a Notice, not a Motion. The government requests an extension of time to and including June 3, 2016.

The grounds for extending the time are as follows.

/ / /

/ / /

1  Although Taskov claims he mailed his opposition April 22, 2016 (ECF No. __), it was not
2  postmarked until April 27, 2016.  This office did not receive Taskov's opposition until May 2, 2016, thus
3  the deadline for replying to the opposition may be May 5, 2016.
4  The undersigned was unavailable Monday, May 2, 2016, has a large, active case load, and has a
5  unique complaint for forfeiture in rem and motion to draft and file, among other work.  The undersigned
6  did not contact Taskov to determine whether he would agree to the extension because he is in prison.  By
7  the time the government contacted him, the deadline for the reply would have passed.
8  This Motion is not submitted solely for the purpose of delay or for any other improper purpose.
9  This Court should grant an extension of time to, and including, June 3, 2016, for the United
10 States to reply to Taskov's opposition.
11 DATED: May 3, 2016.

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: May 9, 2016

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on May 3, 2016, and by the below identified method of service:

<u>First Class Regular Mail:</u>

Dragomir Taskov
Register No. 44995-048
Giles W. Dalby Correctional Institution
805 North Avenue F
Post, TX 79356

/s/ Michelle C. Lewis
MICHELLE C. LEWIS
Paralegal Specialist