# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>    v.<br>DRAGOMIR TASKOV,<br><br>                    Defendants. | Case No. 2:10-cr-00217-RFB-PAL<br><br>ORDER |

      Defendant Dragomir Taskov ("Taskov") has filed a Notice of Appeal in the instant case. He now requests a certificate of appealability from the Court regarding the portion of the Court's prior Order discussing Taskov's Motion to Vacate under 28 U.S.C. § 2255. The district court has the authority to issue certificates of appealability. United States v. Asrar, 116 F.3d 1268, 1269-70 (9th Cir. 1997) (citing Fed. R. App. P. 22(b)). "Upon the filing of a notice of appeal and a request for a certificate of appealability, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted." Id. at 1270 (citing 28 U.S.C. § 2253(c)(3)).

      The Court denies Taskov's request for a certificate of appealability. The Court finds that the request is not taken in good faith, and lacks merit. Taskov has not made a substantial showing of denial of a constitutional right or that his sentence was not authorized by law, as required by 28 U.S.C. § 2255.

///

///

///

**IT IS THEREFORE ORDERED** that the request for certificate of appealability is DENIED.

DATED January 9, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**