1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                           **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,           )   2:10-CR-217-RFB-(PAL)
                                        )
9            Plaintiff,                 )
                                        )
10       v.                             )   Amended Final Order of Forfeiture
                                        )
11  DRAGOMIR TASKOV,                    )
    aka Drago,                          )
12                                      )
             Defendant.                 )
   _____ )
13

14       This Court found that defendant Dragomir Taskov, aka Drago, shall pay the criminal

15  forfeiture money judgment of $159,742.37 in United States Currency pursuant to Fed. R. Crim. P.

16  32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States

17  Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Second Superseding

18  Criminal Indictment, ECF No. 165; Jury Verdict, ECF No. 239; Minutes of Jury Trial, ECF No.

19  243; Order of Forfeiture, ECF No. 266.

20       The United States District Court for the District of Nevada sentenced Dragomir Taskov, aka

21  Drago, and entered an Order of Forfeiture at sentencing with a criminal forfeiture money judgment

22  of $159,742.37 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title

23  18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and

24  Title 21, United States Code, Section 853(p). Sentencing Minutes, ECF No. 265; Sentencing Order

25  of Forfeiture, ECF No. 266.

26  / / /

The United States District Court for the District of Nevada entered the Judgment in a Criminal Case on Dragomir, Taskov, aka Drago, with the Order of Forfeiture (ECF No. 266) attached. Judgment in a Criminal Case, ECF No. 267.

The United States filed a Motion to Substitute and Forfeit Property (ECF No. 361) to be used towards satisfaction of Dragomir Taskov's, aka Drago, criminal forfeiture money judgment. The Court entered the order granting the United States' Motion to Substitute and Forfeit Property of Taskov (ECF No. 399) authorizing the substitution and forfeiture of the following assets pursuant to Title 21, United States Code, Section 853(p):

1. Dewalt Pilot Point Drill Bits;

2. Dewalt Driver Accessory set;

3. Bernzomatic Welding Kit;

4. Dell Printer Cartridge, s/n OMF7907197182268;

5. Dell Printer Cartridge, s/n ONF5557197182293;

6. Dell Printer Cartridge, s/n OPF0307197182853;

7. Gerber Multi Tool, s/n ORF0127199182294;

8. Tipman Power Rack/ Paintball Gun, s/n 1356929;

9. Dyson Vacuum, s/n 260USE56078;

10. Dewalt 13M Impact Wrench, s/n 981614;

11. Dewalt saw blades;

12. Gerber Knife and sheath;

13. Century Gloves;

14. Stiga Ping Pong Paddle;

15. Stiga Ping Pong Paddle;

16. Apple Television System, s/n YM810104WH7;

17. Swiss Gear tent;

18. Swann Monitoring CCTV 4 Channel;

19. Samsung Disc Player, s/n 036725607828;

20. Brass Eagle Paint Balls;

21. Brass Eagle Paint Balls;

22. Apple i-Mac computer, s/n W87404A5X89;

23. Home Sheet Set;

24. Dewalt Drill, s/n 972112;

25. Dewalt Saw, s/n 976061;

26. Dewalt Light, s/n 988904;

27. Dewalt Saw, s/n 98800, crescent wrench and carpet knife inside Dewalt bag;

28. Louis Vuitton Computer Bag, s/n C10212Y5;

29. Mitsubishi 73 Inch HDTV, model 1080P, s/n 55818022;

30. Mitsubishi Flatpanel LCD Television, s/n 853B601A60;

31. Bello TV Stand;

32. LG Model 7.0 Tormm Dryer, white, s/n 76638612002326120816;

33. LG Model 7.0 Tormm Washer, white, s/n 00911711011777110317;

34. Black Leather Sectional, two piece;

35. Top Assembly Jeep Wrangler;

36. Dual Top Window Kit/Jeep;

37. Dell Printer Cartridge;

38. Dewalt Jigsaw, s/n 999927;

39. Canon DC210 Digital Video Camera, Case & Accessories, s/n 642462043890;

40. Black Craftsman Tool Box;

41. CSPS Silver Tool Box;

42. Red 2 piece Tool Box with tools;

43. Red Craftsman Tool Box with tools;

44. Torin "Big Red 1500" Engine Stand;

45. Yellow Dewalt Air Compressor;

46. Red Floor Jack;

47. Grey Floor Jack;

48. Red 22 ton Hydraulic Jack;

49. Black Craftsman 3 ton Floor Jack;

50. Black Craftsman Floor Jack;

51. Yellow Pallet Jack;

52. Silver Crew Line Motorcycle Jack;

53. Yellow Engine Puller;

54. Yellow Tool Box with tools;

55. Toolbox with tools;

56. Toolbox with tools;

57. Black Air Compressor, 60 gallon;

58. Red Floor Jack;

59. Tap and Die Stamps

(all of which constitute property).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government interest forfeiture site, www.forfeiture.gov, consecutively from March 22, 2018, through April 20, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 411.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

/ / /

/ / /

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds that it has jurisdiction to enter the Amended Final Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c) and (d).

The in personam criminal forfeiture money judgment amount of $159,742.37 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property herein after described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed according to law. The net proceeds after costs and expenses will be applied towards the criminal forfeiture money judgment of $159,742.37 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, title, and interests in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate

/ / /

agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 28th day of ___July___, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1

**PROOF OF SERVICE**

2    A copy of the foregoing was served upon counsel of record via Electronic Filing on

3    July 24, 2018, and by

4        First Class Mail:

5        Dragomir Taskov
         14696 16A AVE
6        Surrey, BC V4A 5M7

7

8                                          /s/ Mary Stolz
9                                          MARY STOLZ
                                           FSA Paralegal
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26